

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2018

No. 04-17-00604-CR

Markus Lorenzo **SCOTT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5941
The Honorable Laura Lee Parker, Judge Presiding

## O R D E R

On April 5, 2018, this court advised Appellant that his court-appointed counsel filed an *Anders* brief stating there are no meritorious issues to raise on appeal. *See Anders v. California*, 386 U.S. 738 (1967).

We advised Appellant that if he wished to file a pro se brief, he must do so by May 21, 2018. After this court received no response from Appellant for over two months, on July 26, 2018, we set this case for submission.

On August 29, 2018, almost five months after our April 5, 2018 order, and more than three months after the ordered deadline to file his brief, Appellant filed a motion for a ninety-day extension of time to file a pro se brief. He did not provide a reasonable explanation for his failure to respond to our April 5, 2018 order.

Appellant's motion for extension of time to file a pro se brief is DENIED.

It is so ORDERED on September 5, 2018.

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

PER CURIAM

